## STATE OF CONNECTICUT *v.* ROGER GODFREY*

The state of Connecticut's petition for certification for appeal from the Appellate Court, 39 Conn. App. 1 (AC 13749), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the evidence was insufficient as a matter of law to sustain the jury's guilty verdict?"

The Supreme Court docket number is SC 15329.

*Lisa Herskowitz,* deputy assistant state's attorney, in support of the petition.

*Dennis F. O'Toole,* assistant public defender, in opposition.

Decided October 27, 1995

## JACQUELINE D. ZIEMBA *v.* HANOVER INSURANCE COMPANY ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 39 Conn. App. 106 (AC 13658), is denied.

*James P. Connolly,* in support of the petition.

*Gregory E. O'Brien,* in opposition.

Decided October 27, 1995

* Superseded. See 236 Conn. 904.